# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM J SANDS, | |
| Plaintiff, | CIVIL ACTION NO. 3:18-CV-02426 |
| v. | |
| KAMBOURIS CONSTRUCTION, et al., | (MEHALCHICK, M.J.) |
| Defendants. | |

## ORDER

AND NOW, this 31st day of December, 2021, in accordance with the accompanying Findings of Fact and Conclusions of Law, the Clerk is directed to enter judgment in favor of the Defendants, Kambouris Construction and Hristos Kambouris.

IT IS FURTHER ORDERED that Plaintiff is to remit to Defendant, within ninety (90) days from the date of this Order, twenty-two thousand, five hundred and thirty-three dollars and ninety-one cents (**$22,533.91**).

*s/ Karoline Mehalchick*
**KAROLINE MEHALCHICK**
**Chief United States Magistrate Judge**